JS-6

AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
DANIEL LEMER (Bar No. 358266)
(E-Mail: Daniel_Lemer@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
Hen Ky Ton

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEN KY TON,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.<br>Respondents. | No. 5:25-cv-03348-DSR<br>**~~[PROPOSED]~~ JUDGMENT** |

The parties having filed a Joint Stipulation to Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2214 (Doc. No. 22), and having jointly consented to proceed before a Magistrate Judge for all proceedings, including dispositive matters and the entry of judgment (Doc. No. 23),

IT IS HEREBY ORDERED AND ADJUDGED that: (1) the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted and judgment is entered consistent with the reasons and findings set forth in the Court's December 22, 2025 Order Re: Motion for Preliminary Injunction (Docket No. 12); and (2) Respondents are permanently enjoined from re-detaining Petitioner unless Respondents follow the procedures set forth in 8 C.F.R. §§ 241.4, 241.13, and all other relevant applicable statutes and regulations, including demonstrating a significant likelihood that Petitioner will be removed in the reasonably foreseeable future and ensuring that Petitioner receives adequate notice and an informal interview prior to re-detention.

DATED: August 10, 2026

Dan Roberts

HON. DANIEL S. ROBERTS
United States Magistrate Judge

Presented by:

*/s/ Daniel Lemer*
Daniel Lemer
Deputy Federal Public Defender